|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PIOTR J. GARDIAS, | ) | Case No.: C 09-2090 PVT |
|---|---|---|
| Plaintiff, | ) ) | **ORDER REFERRING THIS CASE TO MAGISTRATE JUDGE HOWARD R. LLOYD FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NOS. 5:07-CV-06242 HRL AND 5:08-CV-05498 HRL** |
| v. | ) ) |  |
| THE CALIFORNIA STATE UNIVERSITY, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

It has come to the court's attention that this case may be related to the following earlier-filed cases pending before Magistrate Judge Howard Lloyd: *Gardias v. The California State University, et al.,* case no. 5:07-cv-06242-HRL and *Gardias v. The California State University, et al.,* case no. 5:07-cv-06242-HRL.[1]  Thus, it is appropriate to consider whether these two cases are "related" such that they should be assigned to the same judge.  *See* Civil L.R. 3-12(c).  Therefore,

IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Lloyd for consideration of whether this case is related to the earlier filed case pending before him.

Dated: *5/14/09*

                                                  PATRICIA V. TRUMBULL
                                                  United States Magistrate Judge

---

[1]    The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on *5/14/09*          to:
5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA  95110
7
                                         /s/   Donna Kirchner         for
8                                         CORINNE LEW
                                          Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28