**\*E-FILED 9/24/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C09-02090 HRL |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE** |
| v. | |
| THE CALIFORNIA STATE UNIVERSITY, SAN JOSE STATE UNIVERSITY, | [Re: Docket No. 24] |
| Defendants. | |

Plaintiff's request for a two-month continuance of the initial case management conference is denied. The case management conference will be held as scheduled on September 29, 2009, 1:30 p.m. in Courtroom 2.

SO ORDERED.

Dated: September 24, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-02090-HRL Notice has been electronically mailed to:

2  Mary Susan Cain-Simon:   Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

3

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5  5:09-cv-02090-HRL Notice mailed to:

6  Piotr J. Gardias
   72 Floyd St.
7  San Jose, CA 95110