*E-FILED 01-15-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CALIFORNIA STATE UNIVERSITY,<br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant. | No. C09-02090 HRL<br><br>**ORDER (1) GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE AND (2) VACATING PRETRIAL CONFERENCE AND TRIAL DATES**<br><br>[Re: Docket No. 48] |

There being no objection, plaintiff's request to continue the hearing on defendant's motion for summary judgment is granted. The hearing on defendant's motion is **continued to February 23, 2010, 10:00 a.m.** in Courtroom 2. Plaintiff's opposition is due by **February 2, 2010**.[1] Defendant's reply is due by **February 9, 2010**, and briefing will be deemed closed on that date. See Civ. L.R. 7-3(d).

The March 16, 2010 pretrial conference and March 22, 2010 trial dates are vacated and will be re-set, if needed, after defendant's motion is resolved.

SO ORDERED.

Dated:  January 15, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] On January 14, 2010, the court received what appears to be a partial opposition to defendant's motion for summary judgment. (Docket No. 51).

1   5:09-cv-02090-HRL Notice has been electronically mailed to:

2   Mary Susan Cain-Simon:   Mary.CainSimon@doj.ca.gov, ECFCoordinator@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5   5:09-cv-02090-HRL Notice mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110